# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| Laura Wielkopolski, individually and on behalf of all others similarly situated,<br><br>                 Plaintiff,<br><br>vs.<br><br>First Advantage Form I9 Compliance, LLC,<br><br>                 Defendant. | Case No: 1:24-cv-03235-LMM |

## ORDER

Pursuant to the Parties' Joint Motion to Stay Case (the "Motion") filed on September 9, 2024, the Court having fully reviewed the Motion, being fully informed of the premises, and for good cause shown, it is,

**ORDERED** and **ADJUDGED** that the Motion is hereby **GRANTED**. The case is stayed for forty-five (45) days up through and including October 24, 2024 at which time the Parties are ordered to submit a report to the Court regarding the status of the settlement.

**IT IS SO ORDERED THIS** 10th day of September, 2024.

_____
The Honorable Leigh Martin May
United States District Judge
Northern District of Georgia, Atlanta Division