IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| LAURA WIELKOPOLSKI, individually and on behalf of all others similarly situated,<br><br>　*Plaintiff,*<br><br>v.<br><br>FIRST ADVANTAGE FORM I-9 COMPLIANCE, LLC,<br><br>　*Defendant.* | Civil Action No. 1:24-cv-03235-LMM |

**JOINT NOTICE OF SETTLEMENT**

Plaintiff Laura Wielkopolski ("Plaintiff") and Defendant First Advantage Form I-9 Compliance, LLC ("Form I-9," and with Plaintiff, the "Parties") respectfully notify the Court that they have reached an agreement in principle to settle this case on a proposed class-wide basis. The Parties are in the process of drafting a written settlement agreement and anticipate finalizing that agreement in the coming weeks. Plaintiff anticipates filing an unopposed motion for preliminary approval and to direct notice to the settlement class soon after the agreement is signed. In the interim, the Parties respectfully request that this case remain stayed.

1

2

Respectfully submitted this 18th day of October, 2024, by:

| GIBSON CONSUMER LAW GROUP, LLC | ARNALL GOLDEN GREGORY LLP |
|---|---|
| */s/ MaryBeth V. Gibson* <br> Marybeth V. Gibson <br> marybeth@consumerlawgroup.com <br> Georgia Bar No. 725843 <br> 4279 Roswell Road, Suite 208-108 <br> Atlanta, Georgia 30342 <br> Tel.: 678.642.2503 <br><br> MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC <br><br> */s/ Mariya Weekes* <br> Mariya Weeks (admitted *pro hac vice*) <br> mweekes@milberg.com <br> 201 Seville Avenue, 2nd Floor <br> Coral Gables, Florida 33134 <br> Tel.: 786.879.8200 <br> Fax: 786.879.7520 <br><br> *Attorneys for Plaintiff and the Proposed Class* | */s/ Edward A. Marshall* <br> Edward A. Marshall <br> Georgia Bar No. 471533 <br> edward.marshall@agg.com <br> T. Chase Ogletree <br> Georgia Bar No. 579860 <br> chase.ogletree@agg.com <br> 171 17th Street, NW, Suite 2100 <br> Atlanta, Georgia 30363 <br> Tel.: 404.873.8536 <br> Fax: 404.873.8537 <br><br> *Attorneys for Defendant* |

## CERTIFICATE OF COMPLIANCE AND SERVICE

The undersigned hereby certifies that, on October 18, 2024, the foregoing document, which was prepared using 13-point Book Antiqua font in accordance with Local Rule 5.1(C), was filed electronically with the Clerk of Court, using the CM/ECF filing system, which will cause a copy of the same to be electronically served on all counsel of record.

>  */s/ Edward A. Marshall*
>  Edward A. Marshall
>  Georgia Bar No. 471533

4880-4155-2369.v1