IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| LAURA WILCOPOLSKI, individually and on behalf of all others similarly situated, :<br><br>Plaintiff, :<br><br>v. :<br><br>FIRST ADVANTAGE FORM I 9 COMPLIANCE, LLC, :<br><br>Defendant. : | CIVIL ACTION NO.<br>1:24-cv-03235-LMM |

## **ORDER**

The Court has thoroughly reviewed the parties' unopposed Motion for Settlement. Dkt. No. [23]. The only concern to the Court is on page 27 of 83 as numbered with the Court's numbering at the top of the document and at the end of paragraph 77 of the settlement agreement. Specifically, the Court is reluctant to approve the language permitting limited discovery on any objector or objector's counsel without a specific finding from the Court. This same language appears elsewhere in the submission, and the Court's concerns also pertain to that language. The parties can either submit a new set of documents with that provision removed or contact the Court to schedule a zoom conference to discuss these issues in more detail.

**IT IS SO ORDERED** this 2nd day of December, 2024.

_____
**Leigh Martin May
United States District Judge**