# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| LAURA WILCOPOLSKI, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> FIRST ADVANTAGE FORM I 9 COMPLIANCE, LLC, <br><br> Defendant. | Case No.: 1:24-cv-03235 <br><br> Judge Leigh Martin May |

## PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AND PRELIMINARY CERTIFICATION OF SETTLEMENT CLASS

Plaintiff Laura Wilcopolski ("Plaintiff"), on behalf of herself and all others similarly situated, by and through their undersigned counsel, hereby move this Court for an order pursuant to Rule 23(e) of the Federal Rules of Civil Procedure:

(1) Preliminarily approving the proposed class action settlement with Defendant First Advantage Form I9 Compliance, LLC;

(2) Certifying the Settlement Class;

(3) Appointing Settlement Class Representative and Class Counsel;

(4) Approving Class Notice;

(5) Scheduling a date for Final Approval; and

(6) for such other and further relief as the Court deems just and proper.

In support of this motion, Plaintiff concurrently submits her Memorandum of Law In Support of Plaintiff's Unopposed Motion; Exhibit 1, the Settlement Agreement and its Exhibits; Exhibit 2, the Joint Declaration of Co-Lead Counsel; and, a Proposed Order for Preliminary Approval of the Proposed Settlement. For the reasons set forth in the supporting Memorandum of Law, Plaintiff respectfully requests this Court grant her Motion for Preliminary Approval of Class Action Settlement.

Respectfully submitted this 19th day of December, 2024.

/s/ MaryBeth V. Gibson
MaryBeth V. Gibson
Georgia Bar No. 725843
**Gibson Consumer Law Group, LLC**
4279 Roswell Road
Suite 208-108
Atlanta, GA  30342
Telephone: (678) 642-2503
marybeth@gibsonconsumerlawgroup.com

Mariya Weekes (*pro hac vice*)
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
201 Sevilla Avenue, 2nd Floor
Coral Gables, FL  33134
Tel:  (786) 879-8200
Fax: (786) 879-7520
mweekes@milberg.com


*Class Counsel for Plaintiff and the Class*

## CERTIFICATE OF SERVICE AND
## LOCAL RULE 7.1(D) CERTIFICATION

I hereby certify that on December 19, 2024, I electronically filed the foregoing with the Clerk of Court using the ECF system, which will send notification of such filing and effectuate service to all counsel of record in this matter, pursuant to Local Rule 5.1.

I further certify that this Motion has been prepared with one of the fonts and point selections approved by the Court in Local Rule 5.1(C).

*/s/ MaryBeth V. Gibson*
MaryBeth V. Gibson

*Co-Lead Class Counsel*