# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| LAURA WILCOPOLSKI, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>FIRST ADVANTAGE FORM I-9 COMPLIANCE, LLC**,**<br><br>*Defendant*. | Civil Action No. 1:24-cv-03235-LMM |

## PLAINTIFF LAURA WILCOPOLSKI'S MOTION FOR ATTORNEYS' FEES AND EXPENSES

Plaintiff Laura Wilcopolski ("Plaintiff") individually and on behalf of all others similarly situated submits this motion for attorneys' fees and expenses. Pursuant to Fed. R. Civ. P. 23(h) and Fed. R. Civ. P. 54(d)(2), the Court's January 13, 2025 Preliminary Approval Order (Doc. 26), and the contemporaneously filed memorandum is support and Declaration of Settlement Class Counsel, Plaintiff respectfully requests the Court grant the requested relief for an award of attorneys' fees in the amount of $216,666.66, and litigation expenses in the amount of $1,432.85.

Respectfully Submitted,

**DATED**: March 31, 2025        /s/ *MaryBeth V. Gibson*

MaryBeth V. Gibson
Georgia Bar No. 725843
**Gibson Consumer Law Group, LLC**
4279 Roswell Road
Suite 208-108
Atlanta, GA 30342
Telephone: (678) 642-2503
marybeth@gibsonconsumerlawgroup.com

Mariya Weekes*
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
201 Sevilla Avenue, 2nd Floor
Coral Gables, FL  33134
Tel:  (786) 879-8200
Fax: (786) 879-7520
mweekes@milberg.com

*Settlement Class Counsel*

*\*Pro hac vice admission*

## CERTIFICATE OF SERVICE AND
## LOCAL RULE 7.1(D) CERTIFICATION

I hereby certify that on March 31, 2025, I electronically filed the foregoing with the Clerk of Court using the ECF system, which will send notification of such filing and effectuate service to all counsel of record in this matter, pursuant to Local Rule 5.1.

I further certify that this Motion has been prepared with one of the fonts and point selections approved by the Court in Local Rule 5.1(C).

*/s/ MaryBeth V. Gibson*
MaryBeth V. Gibson
**GIBSON CONSUMER LAW GROUP, LLC**

*Settlement Class Counsel*