# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| LAURA WILCOPOLSKI, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> FIRST ADVANTAGE FORM I 9 COMPLIANCE, LLC, <br><br> Defendant. | Case No.: 1:24-cv-03235 <br><br> Judge Leigh Martin May |

## PLAINTIFF'S UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND CERTIFICATION OF SETTLEMENT CLASS

Plaintiff Laura Wilcopolski ("Plaintiff"), on behalf of herself and all others similarly situated, by and through their undersigned counsel, hereby move this Court for an order pursuant to Rule 23(e) of the Federal Rules of Civil Procedure for an order granting final approval to the Settlement. In support of this motion, Plaintiff concurrently submits the following:

1. Memorandum of Law In Support of Plaintiff's Motion;

2. Exhibit 1: Declaration of Ryan Williams of Angeion Group, LLC Regarding Settlement Administration; and,

3. Exhibit 2: A Proposed Order for Final Approval of the Settlement.

Plaintiff also relies upon the Settlement Agreement and attachments (ECF No. 25-2) and the Declaration of Class Counsel in Support of Preliminary Approval of Class Action Settlement ("Joint Decl.") (ECF No. 25-3). Plaintiff has negotiated a fair, reasonable, and adequate settlement that guarantees Settlement Class Members significant relief as set forth in Plaintiff's Memorandum of Law. For the reasons set forth in the supporting Memorandum of Law, Plaintiff respectfully requests this Court grant her Motion for Final Approval of Class Action Settlement:

Respectfully submitted this 21st day of April, 2025.

*/s/ MaryBeth V. Gibson*
MaryBeth V. Gibson
Georgia Bar No. 725843
**Gibson Consumer Law Group, LLC**
4279 Roswell Road

Suite 208-108
Atlanta, GA 30342
Telephone: (678) 642-2503
marybeth@gibsonconsumerlawgroup.com

Mariya Weekes (*pro hac vice*)
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
201 Sevilla Avenue, 2nd Floor
Coral Gables, FL 33134
Tel: (786) 879-8200
Fax: (786) 879-7520
mweekes@milberg.com

*Class Counsel for Plaintiff and the Class*

# CERTIFICATE OF SERVICE AND LOCAL RULE 7.1(D) CERTIFICATION

I hereby certify that on April 21, 2025, I electronically filed the foregoing with the Clerk of Court using the ECF system, which will send notification of such filing and effectuate service to all counsel of record in this matter, pursuant to Local Rule 5.1.

I further certify that this Motion has been prepared with one of the fonts and point selections approved by the Court in Local Rule 5.1(C).

*/s/ MaryBeth V. Gibson*
MaryBeth V. Gibson

*Co-Lead Class Counsel*