# EXHIBIT 1

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| LAURA WILCOPOLSKI, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> FIRST ADVANTAGE FORM I 9 COMPLIANCE, LLC, <br><br> Defendant. | CASE NO: 1:24-cv-03235-LMM |

**DECLARATION OF RYAN WILLIAMS OF ANGEION GROUP, LLC**
**RE: SETTLEMENT ADMINISTRATION**

I, Ryan Williams, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1. I am a Project Manager with Angeion Group, LLC ("Angeion"), the Settlement Administrator retained in this matter, located at 1650 Arch Street, Suite 2210, Philadelphia, PA 19103. I am over 21 years of age, and I am not party to this action.

2. Angeion was appointed by the Court to serve as Settlement Administrator to provide class notice and settlement administration pursuant to the Preliminary Approval Order (Dkt. No. 26).

3. Angeion is not related to or affiliated with the Plaintiff, Class Counsel, Defendant, or Defendant's Counsel (the "Parties").

4. The purpose of this declaration is to provide the Parties and the Court with a summary of the work performed by Angeion to provide class notice and other settlement administration tasks required by the Settlement Agreement and Releases (Dkt. No. 23-2).

## NOTICE PURSUANT TO THE CLASS ACTION FAIRNESS ACT 28 U.S.C. § 1715

5.      Pursuant to 28 U.S.C. § 1715, on December 2, 2024, Angeion caused notice of the settlement to be sent to the Attorneys General of all states and territories, as well as the Attorney General of the United States ("CAFA notice"). A true and accurate copy of the CAFA Notice is attached hereto as **Exhibit A**.

## CLASS LIST

6.      On January 31, 2025, Defendant's Counsel provided Angeion with a data file containing 193,893 Settlement Class Member records.

7.      Angeion analyzed the data provided, and removed duplicate records, resulting in 193,253 unique Settlement Class Member records (the "Class List"). Angeion validated the email addresses provided for the unique records and identified 9,559 valid email addresses.

## DIRECT NOTICE

**Email Notice**

8.      On February 13, 2025, Angeion caused the Email Notice to be emailed to the 9,599 Settlement Class Members with a valid email address on the Class List. A total of 9,029 Email Notices were delivered and 570 could not be delivered.  A true accurate copy of the Email Notice is attached hereto as **Exhibit B**.

**Mail Notice**

9.      Prior to mailing, Angeion processed the 184,223 mailing addresses through the United States Postal Service ("USPS") National Change of Address ("NCOA") database to identify updated addresses for individuals and businesses who have moved in the last four years and filed a change of address card with the USPS.

10.    Beginning on February 13, 2025, Angeion caused the Postcard Notice to be mailed to the 184,223[1] Settlement Class Members whose Email Notice could not be delivered. The Postcard Notice was mailed via USPS first class mail, postage prepaid. A true and accurate copy of the Postcard Notice is attached hereto as **Exhibit C**.

11.    As of April 21, 2025, the USPS has returned 1,351 Postcard Notices with a forwarding address. Angeion updated the Class List with the updated forwarding addresses and caused Postcard Notices to be re-mailed to those updated addresses.

12.    As of April 21, 2025, the USPS has returned 17,975 Postcard Notices as undeliverable without a forwarding address. Undeliverable notices returned without a forwarding address will be processed through address verification searches ("skip traces"). As of April 18, 2025, Angeion has re-mailed 10,201 Notices to any updated addresses found via the skip trace process.

13.    As of April 21, 2025, the USPS has returned 121 re-mailed notices as undeliverable a second time.

14.     As of April 21, 2025, the Notice Program resulted in 95.9% of the 193,253 Settlement Class Members receiving a delivered notice[2].

## CASE SPECIFIC WEBSITE

15.    On February 13, 2025, Angeion established the following website dedicated to this Settlement: www.FormI9DataSettlement.com ("Settlement Website"). The Settlement Website contains an online portal where Settlement Class Members can submit a Claim Form via a secure online portal. Additionally, the Settlement Website contains copies of the

---

1. There was one (1) class member record which did not contain a valid email or mailing address.
2 For purposes of this calculation, a notice is considered to be delivered if it was mailed and not returned as undeliverable, or if a notice returned as undeliverable was re-mailed and not subsequently returned as undeliverable.

Long Form Notice, Claim Form, Settlement Agreement, Preliminary Approval Order, and other settlement related documents which are available for download. The Settlement Website also has a "Frequently Asked Questions" page which provides Settlement Class Members with answers to common inquiries about the Settlement, and a "Contact Us" page which provides Settlement Class Members with the mailing address, phone number and email address to contact the Settlement Administrator.

16.     True and accurate copies of the Long Form Notice and Claim Form are attached hereto as **Exhibits D** and **E,** respectively.

17.     As of April 21, 2025, the Settlement Website has had 9,727 unique visitors, resulting in approximately 25,480 page views.

## CASE SPECIFIC HOTLINE

18.     On February 13, 2025, Angeion established a toll-free hotline dedicated to this Settlement to further apprise Settlement Class Members of their rights and options in the Settlement: (888) 708-4081. The toll-free hotline utilizes an interactive voice response ("IVR") system to provide Settlement Class Members with responses to frequently asked questions and provide essential information regarding the Settlement. Settlement Class Members may also leave a message for the Settlement Administrator, provide updated contact information, or ask additional questions and Angeion will call them back. This hotline is accessible 24 hours a day, 7 days a week.

19.     As of April 21, 2025, the toll-free hotline has received approximately 1,468 calls, totaling 5,888 minutes.

## CLAIM FORM SUBMISSIONS

20.     The deadline for Settlement Class Members to submit a Claim Form is May 13, 2025. As of April 21, 2025, Angeion has received 6,689 Claim Forms (35 via mail, 6,654 via the online portal). Angeion will continue to

receive, and process Claim Form submissions and will keep the Parties appprised of the number of Claim Form submissions received.

## REQUESTS FOR EXCLUSION AND OBJECTIONS

21.    The deadline for Settlement Class Members to request exclusion from the Settlement was April 14, 2025. As of the date of this declaration, Angeion has received five (5) requests for exclusion. A list containing the names of the individuals who have requested exclusion from the Settlement is attached hereto as **Exhibit F**.

22.    The deadline for Settlement Class Members to object to the Settlement was April 14, 2025. Angeion has not received any objections to the Settlement.

## ADMINISTRATIVE COSTS

23.    Through February 28, 2025, the cost to provide notice and administrative services totaled $102,506.69.

I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on April 21, 2025, in Philadelphia, Pennsylvania.

_Ryan Williams_ _ _ _ _ _ _ _ _ _ _ _
Ryan Williams

# Exhibit A



1650 Arch Street, Suite 2210
Philadelphia, PA 19103
www.angeiongroup.com
215.563.4116 (P)
215.525.0209 (F)

December 2, 2024

VIA USPS PRIORITY MAIL

United States Attorney General &
Appropriate Officials

**Re:      Update to July 29, 2024, Notice of Class Action Settlement**
*Wielkopolski et. al v. First Advantage Form I9 Compliance, LLC.*, Case No. 1:24-cv-03235

Dear Counsel or Official:

Angeion Group, an independent claims administrator, on behalf of the defendants in the below-described action, hereby provides your office with this notice under the provisions of the Class Action Fairness Act ("CAFA"), 28 U.S.C. § 1715, to advise you of the following proposed class action settlement:

> **Case Name:** *Wielkopolski et.al v. First Advantage Form I9 Compliance, LLC.*
> **Index Number:** 1:24-cv-03235
> **Jurisdiction:** United States District Court, Northern District of Georgia Atlanta Division
> **Date Settlement Filed with Court:** November 22, 2024

In accordance with the requirements of 28 U.S.C. § 1715, copies of the following documents associated with this action are available at https://www.angeiongroup.com/cafa/.

1. **28 U.S.C. § 1715(b)(1)-Complaint:** The *Class Action Complaint* was filed with the Court on July 22, 2024.

2. **28 U.S.C. § 1715(b)(2)-Notice of Any Scheduled Judicial Hearings:** The are no judicial hearings currently scheduled.

3. **28 U.S.C. § 1715(b)(3)-Notification to Class Members:** *Long Form Notice, Postcard Notice, Email Notice* and *Claim Form*, filed with the Court on November 22, 2024.

4. **28 U.S.C. § 1715(b)(4)-Class Action Settlement Agreement:** *Plaintiff's Memorandum of LAW in Support of Her Unopposed Motion for Preliminary Approval of Class Action Settlement and Preliminary Certification of Settlement Class, Plaintiff's Unopposed Motion for Preliminary Approval of Class Action Settlement and Preliminary Certification of Settlement Class, Settlement Agreement and Release filed as Exhibit 1, Joint Declaration of Plaintiff's Counsel Supporting their Unopposed Motion for Preliminary Approval of Class Action Settlement filed as Exhibit 2, and the Proposed Preliminary Approval Order* was filed with the Court on November 22, 2024,  .

5.  **28 U.S.C. § 1715(b)(5)-Any Settlement or Other Agreements:** Other than the Settlement Agreement and matters referred to therein, no other settlements or other agreements have been contemporaneously made between the Parties.

6.  **28 U.S.C. § 1715(b)(6)-Final Judgment:** The Court has not issued a Final Judgment or Notice of Dismissal as of the date of this CAFA Notice.

7.  **28 U.S.C. § 1715(b)(7)(B)-Estimate of Class Members:** The Settlement Class contains approximately 183,000 Settlement Class Members located throughout the United States and U.S. territories.  A detailed breakdown of the approximately 183,000 individuals is available at https://www.angeiongroup.com/cafa/.

8.  **28 U.S.C. §1715(b)(8)-Judicial Opinions Related to the Settlement:** The Court has not issued a judicial opinion related to the Settlement at this time.

If you have questions or concerns about this notice, the proposed settlement, or difficulty accessing the associated documents, please contact this office.

Sincerely,

Angeion Group
1650 Arch Street, Suite 2210
Philadelphia, PA  19103
(p) 215-563-4116
(f)  215-563-8839

34013366.1

# Exhibit B

**From: Form I9 Cybersecurity Incident Settlement Administrator**

**To: «Class Member Email Address»**

**Subject Line: Notice of Proposed Class Action Settlement with First Advantage Form I9 Compliance LLC**

---

**Notice ID:  «Notice ID»**
**Confirmation Code: «Confirmation Code»**

### NOTICE OF PROPOSED CLASS ACTION SETTLEMENT

**Wilcopolski v. First Advantage Form I9 Compliance, LLC**
**Case No. 1:24-cv-03235-LMM (N.D. GA.)**

*A federal court has authorized this notice.  This is <u>not</u> a solicitation from a lawyer.*

> **If you are a person in the United States whose personal information may have been compromised in the Cybersecurity Incident perpetrated against Form I9, a class action settlement may affect your rights.**

A proposed settlement has been reached in a lawsuit entitled *Wilcopolski v. First Advantage Form I9 Compliance, LLC*, Case No. 1:24-cv-03235-LMM (N.D. GA.), relating to the alleged Cybersecurity Incident that occurred on or about February 5, 2024, in which there was unauthorized access to certain systems of the Defendant. The Defendant denies all claims alleged against it and denies all charges of wrongdoing or liability. The settlement is not an admission of wrongdoing or an indication that the Defendant has violated any laws, but rather the resolution of disputed claims.

### AM I INCLUDED IN THE SETTLEMENT?
Yes. Defendant's records indicate your information may have been involved in the Cybersecurity Incident.

### WHAT ARE THE SETTLEMENT BENEFITS?
The Settlement provides for a $650,000 Settlement Fund to pay: (1) Attorneys' Fees and Expenses awarded by the Court, (2) all Settlement Administration Costs, (3) costs associated with or attributable to Identity Monitoring; and (4) all approved Cash Payments.

- **Cash Payment A:** Compensation for Ordinary Losses up to $1,500 or Extraordinary Losses up to $5,000; or
- **Cash Payment B:** $50.00 Flat Payment instead of Cash Payment A.
- **Identity Monitoring**: In addition to Cash Payment A or Cash Payment B, Settlement Class Members may also make a Claim for Identity Monitoring.

### HOW DO I RECEIVE SETTLEMENT BENEFITS?
Settlement Class Members must submit a Claim Form online at FormI9DataSettlement.com or by mailing a completed Claim Form postmarked no later than May 14, 2025, to the Claims Administrator. If you do not submit a Claim Form, you will not receive any Settlement Benefits.

### WHAT ARE MY OTHER OPTIONS?

If you **do nothing** or **submit a Claim Form**, you will not be able to sue or continue to sue the Defendant about the claims resolved by this Settlement. If you **exclude yourself**, you will not receive any Settlement Benefits, but you will keep your right to sue the Defendant in a separate lawsuit about the claims resolved by this Settlement. If you do not exclude yourself, you can **object** to the Settlement. The deadline to exclude yourself from the Settlement or to object to the Settlement is April 14, 2025. Visit FormI9DataSettlement.com for complete details on how to exclude yourself from, or object to, the Settlement.

### THE FINAL APPROVAL HEARING

The Court will hold a Final Approval Hearing at 10:00 a.m. on Monday, May 19, 2025, in Courtroom 2107 located at United States District Court, 75 Ted Turner Drive SW, Atlanta, Georgia 30303. At the hearing, the Court will consider whether the proposed Settlement is fair, reasonable, and adequate. The Court may also consider Class Counsel's request for an award of attorneys' fees of up to one-third (1/3) of the Settlement Fund, plus reimbursement of reasonable costs. If there are objections, the Court will consider them.

### FOR ADDITIONAL INFORMATION

**This Notice is only a Summary.** For additional information, please visit FormI9DataSettlement.com or call toll-free 1-888-708-4081. You may also write to the Settlement Administrator at info@FormI9DataSettlement.com.

*Unsubscribe*

# Exhibit C

**Notice of Proposed Class Action Settlement**

**If you are a person in the United States whose personal information may have been compromised in the Cybersecurity Incident perpetrated against Form I9, a class action settlement may affect your rights.**

*A federal court authorized this Notice. This is <u>not</u> a solicitation from a lawyer.*

**For more information about the Settlement, how to submit a Claim Form, how to request exclusion from the Settlement, and how to object to the Settlement, please visit <u>FormI9DataSettlement.com</u> or call toll-free 1-888-708-4081.**

Form I9 Cybersecurity Incident Settlement
c/o Settlement Administrator
1650 Arch Street, Suite 2210
Philadelphia, PA 19103

«ScanString»
Postal Service: Please do not mark barcode

Notice ID: «Notice ID»
Confirmation Code: «Confirmation Code»
«FirstName» «LastName»
«Address1»
«Address2»
«City», «StateCd» «Zip»
«CountryCd»

A proposed Settlement has been reached in a lawsuit entitled *Wdzgolski v. Form I-9, Inc.*, Case No. 1:24-cv-03235-LMM (N.D. GA.), relating to the alleged Cybersecurity Incident that occurred on or about February 5, 2024, in which there was unauthorized access to certain systems of the Defendant. The Defendant denies all claims alleged against it and denies all charges of wrongdoing or liability. The settlement is not an admission of wrongdoing or an indication that the Defendant has violated any laws, but rather the resolution of disputed claims.

**Am I Included?** Yes. Defendant's records indicate your information may have been involved in the Cybersecurity Incident.

**The Settlement Benefits.** The Settlement provides for a $650,000 Settlement Fund to pay: (1) Attorneys' Fees and Expenses awarded by the Court, (2) all Settlement Administration Costs, (3) costs associated with or attributable to Identity Monitoring; and (4) all approved Cash Payments.

- **Cash Payment A:** Compensation for Ordinary Losses up to $1,500 or Extraordinary Losses up to $5,000; or
- **Cash Payment B:** $50.00 Flat Payment instead of Cash Payment A.
- **Identity Monitoring**: In addition to Cash Payment A or Cash Payment B, Settlement Class Members may also make a Claim for Identity Monitoring.

**How Do I Receive Settlement Benefits?** Settlement Class Members must submit a Claim Form online at FormI9DataSettlement.com or by mailing a completed Claim Form postmarked no later than May 14, 2025, to the Settlement Administrator. If you do not submit a Claim Form, you will not receive any Settlement Benefits.

**What Are My Options?** If you **do nothing** or **submit a Claim Form**, you will not be able to sue or continue to sue the Defendant about the claims resolved by this Settlement. If you **exclude yourself**, you will not receive any Settlement Benefits, but you will keep your right to sue the Defendant in a separate lawsuit about the claims resolved by this Settlement. If you do not exclude yourself, you can **object** to the Settlement. The deadline to exclude yourself from the Settlement or to object to the Settlement is April 14, 2025. Visit FormI9DataSettlement.com for complete details on how to exclude yourself from, or object to, the Settlement.

**The Final Approval Hearing.** The Court will hold a Final Approval Hearing at 10:00 a.m. on Monday, May 19, 2025, in Courtroom 2107 located at United States District Court, 75 Ted Turner Drive SW, Atlanta, Georgia 30303. At the hearing, the Court will consider whether the proposed Settlement is fair, reasonable, and adequate. The Court may also consider Class Counsel's request for an award of attorneys' fees of up to one-third (1/3) of the Settlement Fund, plus reimbursement of reasonable costs. If there are objections, the Court will consider them.

**This Notice is only a Summary.** For additional information, please visit FormI9DataSettlement.com or call toll-free 1-888-708-4081. You may also write to the Settlement Administrator at info@FormI9DataSettlement.com.

# Exhibit D

## NOTICE OF PROPOSED CLASS ACTION SETTLEMENT

### *Wilcopolski v. First Advantage Form I9 Compliance, LLC*
### Case No. 1:24-cv-03235-LMM (N.D. GA.)

*A federal court has authorized this notice. This is <u>not</u> a solicitation from a lawyer.*

> **If you are a person in the United States whose personal information may have been compromised in the Cybersecurity Incident perpetrated against Form I9, a class action settlement may affect your rights.**

- A settlement has been proposed in a class action lawsuit against First Advantage Form I9 Compliance, LLC ("Form I9" or "Defendant") relating to the alleged incident that occurred on or about February 5, 2024, in which unauthorized third parties purportedly gained access to certain systems within Form I9's information technology network or access to or acquisition of Personal Information from certain Form I9 systems. Defendant denies all claims alleged against it and denies all charges of wrongdoing or liability. The settlement is not an admission of wrongdoing or an indication that the Defendant has violated any laws, but rather the resolution of disputed claims.

- The Settlement provides for a $650,000.00 Settlement Fund to pay: (1) Attorneys' Fees and Expenses awarded by the Court, (2) all Settlement Administration Costs, (3) costs associated with or attributable to Identity Monitoring; and (4) all approved Cash Payments.

- Your legal rights are affected regardless of whether you do or do not act. Read this notice carefully. For complete details, visit FormI9DataSettlement.com or call toll-free 1-888-708-4081.

| YOUR LEGAL RIGHTS AND OPTIONS IN THIS SETTLEMENT | |
|---|---|
| **SUBMIT A CLAIM FORM BY: MAY 14, 2025** | Submitting a valid Claim Form is the only way you can receive Identity Monitoring or a Cash Payment. |
| **EXCLUDE YOURSELF FROM THE SETTLEMENT BY: APRIL 14, 2025** | If you exclude yourself from this Settlement, you will not receive any benefits from the Settlement, but you also will not release your claims against Form I9. This is the only option that allows you to be part of any other lawsuit against Form I9 for the legal claims resolved by this Settlement. If you exclude yourself from the Settlement, you may not object to the Settlement. |
| **OBJECT TO THE SETTLEMENT BY: APRIL 14, 2025** | To object to the settlement, you can write to the Court with reasons why you do not agree with the Settlement. You may ask the Court for permission for you or your attorney to speak about your objection at the Final Approval Hearing at your own expense. |
| **DO NOTHING** | If you do nothing, you will not receive any benefits from the Settlements. You will also give up certain legal rights. |

**Questions? Visit FormI9DataSettlement.com or call toll-free 1-888-708-4081**

1

## WHAT THIS NOTICE CONTAINS

BASIC INFORMATION . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . PAGE 2

WHO IS INCLUDED IN THE SETTLEMENT? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . PAGE 3

THE SETTLEMENT BENEFITS—WHAT YOU GET IF YOU QUALIFY . . . . . . . . . . . . . . . . . . . . . . . . . . PAGE 3

HOW TO GET BENEFITS—SUBMITTING A CLAIM FORM . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . PAGE 4

REMAINING IN THE SETTLEMENT . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . PAGE 5

EXCLUDING YOURSELF FROM THE SETTLEMENT . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . PAGE 5

THE LAWYERS REPRESENTING YOU . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . PAGE 6

OBJECTING TO THE SETTLEMENT . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . PAGE 6

THE COURT'S FINAL APPROVAL HEARING . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . PAGE 8

IF YOU DO NOTHING . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . PAGE 8

GETTING MORE INFORMATION . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . PAGE 8

## BASIC INFORMATION

### 1.   Why is this Notice being provided?

The Court directed that this Notice be provided because you have a right to know about a proposed settlement that has been reached in this class action lawsuit and about all of your options before the Court decides whether to grant final approval of the Settlement. If the Court approves the Settlement, and after objections or appeals, if any, are resolved, the Settlement Administrator appointed by the Court will distribute the Settlement Benefits to Settlement Class Members who submitted a Valid Claim. This Notice explains the lawsuit, the Settlement, your legal rights, what payments are available, who is eligible for them, and how to get them.

The Court overseeing this case is the United States District Court for the Northern District of Georgia. The case is known as *Wilkopolski v. First Advantage Form I9 Compliance, LLC*, Case No. 1:24-cv-03235-LMM (N.D. GA.). Laura Wilcopolski, the individual who brought this Action, is called the Plaintiff or Class Representative, and the entity sued, Form I9, is called the Defendant.

### 2.   What is this lawsuit about?

The Plaintiff claims that Form I9 is liable for the Cybersecurity Incident and have asserted numerous legal claims against the Defendant. The Defendant denies each and all of the claims and contentions alleged against it in the Action. Defendant denies all charges of wrongdoing or liability as alleged, or which could be alleged, in the Action.

For more information and to review the complaints filed in this Action, visit FormI9DataSettlement.com.

### 3.   What is a class action Settlement?

In a class action, one or more people called Plaintiff or Plaintiffs sue on behalf of people who have similar claims. Together, these people are called a Settlement Class or Settlement Class Members. One Court and one judge resolve the issues for all Class members, except for those who exclude themselves from the Settlement Class.

### 4.   Why is there a Settlement?

The Court did not decide in favor of the Plaintiff or Form I9. Instead, the Plaintiff negotiated a settlement with Form I9 that allows the Plaintiff, the proposed Settlement Class, and Form I9 to avoid the risks and costs of lengthy and uncertain litigation and the uncertainty of a trial and appeals. The Settlement provides benefits and allows Settlement Class Members to obtain payment for certain costs or losses without further delay. Plaintiff and Class Counsel think the Settlement is in the best interest of all Settlement Class Members. This Settlement does not mean that Form I9 did anything wrong.

## WHO IS INCLUDED IN THE SETTLEMENT?

### 5. How do I know if I am part of the Settlement?

The Settlement Class includes all persons residing in the United States whose PII may have been compromised in the Cybersecurity Incident.

Cybersecurity Incident means the unauthorized access to certain systems within Form I9's information technology network or access to or acquisition of Personal Information from certain Form I9 systems on or about February 5, 2024.

Settlement Class Members were also sent notice of this class action Settlement via mail. If you received notice of this Settlement, you are eligible to receive Settlement Benefits. If you are still not sure whether you are included, you can contact the Settlement Administrator by calling toll-free at 1-888-708-4081 or by visiting the Settlement Website at FormI9DataSettlement.com.

### 6. Are there exceptions to being included in the Settlement?

Yes. The Settlement Class specifically excludes: (a) all persons who are employees, directors, officers, and agents of Form I9; (b) governmental entities; (c) the Judge assigned to the Action, that Judge's immediate family, and Court staff; and (d) those persons who opt-out of the Settlement in accordance with the terms of the Settlement Agreement.

## THE SETTLEMENT BENEFITS—WHAT YOU GET IF YOU QUALIFY

### 7. What does the Settlement provide?

The Settlement provides for a $650,000 Settlement Fund to pay: (1) Attorneys' Fees and Expenses awarded by the Court, (2) all Settlement Administration Costs, (3) costs associated with or attributable to Identity Monitoring; and (4) all approved Cash Payments.

- **Cash Payment A:** Compensation for Ordinary Losses up to $1,500 or Extraordinary Losses up to $5,000; or
- **Cash Payment B:** $50.00 Flat Payment instead of Cash Payment A.
- **Identity Monitoring**: In addition to Cash Payment A or Cash Payment B, Settlement Class Members may also make a Claim for Identity Monitoring.

Please visit FormI9DataSettlement.com for complete information about the Settlement Benefits.

### 8. What is included under the Cash Payment A?

All Settlement Class Members who submit a Valid Claim using the Claim Form are eligible to receive compensation for actual, unreimbursed losses incurred.

**Compensation for Ordinary Losses:** Compensation for unreimbursed ordinary losses fairly traceable to the Cybersecurity Incident may be up to a total of $1,500.00 per person. Settlement Class Members must submit documentation supporting their Claims for ordinary losses.

**Compensation for Extraordinary Losses:** Compensation for extraordinary losses, may be up to a total of $5,000.00, per Settlement Class Member, if the extraordinary loss: (i) is an actual, documented and unreimbursed monetary loss due to fraud or identity theft; (ii) is fairly traceable to the Cybersecurity Incident; (iii) occurred after the Cybersecurity Incident and before the Claim Form Deadline; (iv) is not already covered by one or more of the ordinary loss categories, and (v) the Settlement Class Member made reasonable efforts to avoid, or seek reimbursement for, the loss, including but not limited to exhaustion of all available credit monitoring insurance and identity theft insurance.

Settlement Class Members with Documented Loss claims must submit documentation supporting their claims. This can include receipts or other documentation not "self-prepared" by the claimant that document the costs incurred. "Self-prepared" documents such as handwritten receipts are, by themselves, insufficient to receive reimbursement, but can be considered to add clarity or support other submitted documentation.

### 9.    What is the Cash Payment B?

As an alternative to Cash Payment A, Settlement Class Members may elect to receive Cash Payment B, which is a flat cash payment in the amount of $50.00. Documentation is not required to claim this payment.

### 10.    What is included in the Identity Monitoring services?

In addition to Cash Payment A or Cash Payment B, Settlement Class Members may also make a Claim for Identity Monitoring.

Settlement Class Members who did not elect to receive the Experian identity monitoring services previously offered by the Defendant in connection with the Settlement Class Member's Cybersecurity Incident notification letter may elect to receive up to three years of Identity Monitoring.

Settlement Class Members who elected to receive 24 months of identity monitoring services previously offered by Form I9 in connection with its initial Cybersecurity Incident notification letter may elect to receive an additional one year of Identity Monitoring.

The Identity Monitoring will include: (i) real time monitoring of the credit file at a single bureau; (ii) dark web scanning with notification if evidence of the individual's Personal Information is found; (iii) identity fraud loss insurance (no deductible) up to $1 million; (iv) access to fraud specialists to help investigate instances of identity theft; and (v) identity theft restoration services.

A unique redemption code, allowing Settlement Class Members to enroll in these services will be sent to each Settlement Class Member who submits a Valid Claim for such services after the Court approves the Settlement as final and after any appeals are resolved.

### HOW TO GET BENEFITS—SUBMITTING A CLAIM FORM

### 11.    How do I get benefits from the Settlement?

In order to receive Identity Monitoring and/or a Cash Payment, you must complete and submit a Claim Form.  Claim Forms are available at FormI9DataSettlement.com, or you may request one by mail by calling 1-888-708-4081. Read the instructions carefully, fill out the Claim Form, and submit it online, or

mail it postmarked no later than **May 14, 2025** to: Form I9 Cybersecurity Incident Settlement, c/o Settlement Administrator, 1650 Arch Street, Suite 2210, Philadelphia, PA 19103.

### 12. How will claims be decided?

The Settlement Administrator will decide whether the information provided on the Claim Form is complete and valid. The Settlement Administrator may require additional information from any claimant. If the Settlement Administrator requires additional information from you and you do not provide it in a timely manner, your claim may not be paid at the Settlement Administrator's discretion.

### 13. When will I get my payment?

The Court will hold a Final Approval Hearing at **10:00 a.m. on May 19th, 2025** to decide whether to approve the Settlement. Even if the Court approves the Settlement, there may be appeals, and resolving them may take additional time. It also takes time for all the Claim Forms to be processed, depending on the number of claims submitted and whether any appeals are filed. Please be patient. If you have further questions regarding payment timing, you may contact the Settlement Administrator by emailing info@FormI9DataSettlement.com.

## REMAINING IN THE SETTLEMENT

### 14. Do I need to do anything to remain in the Settlement?

You do not have to do anything to remain in the Settlement, but if you want to receive Identity Monitoring services or a Cash Payment from the Settlement, you must submit a Claim Form online or postmarked by **May 14, 2025.**

If you do nothing, you will **not** receive Settlement benefits and you will also give up certain legal rights.

### 15. What am I giving up as part of the Settlement?

If the Settlement becomes final, you will give up your right to sue Form I9 for the claims being resolved by this Settlement. The specific claims you are giving up against Form I9 and the claims you are releasing are described in the Settlement Agreement, available at FormI9DataSettlement.com. The Settlement Agreement describes the released claims with specific descriptions, so read it carefully. If you have any questions about what claims you are giving up and which parties you are releasing, you can talk to the law firms listed in Question 19 for free or you can, of course, talk to your own lawyer at your own expense.

## EXCLUDING YOURSELF FROM THE SETTLEMENT

If you do not want any benefits from this Settlement, and you want to keep the right to sue Form I9 about legal issues resolved by this Settlement, then you must take steps to get out of the Settlement Class. This is called excluding yourself from – or is sometimes referred to as "opting out" of – the Settlement Class.

### 16. If I exclude myself, can I still get payment from the Settlement?

No. If you exclude yourself from the Settlement, you will not be entitled to any benefits of the Settlement, but you will not be bound by any judgment in this case.

### 17. If I do not exclude myself, can I sue the Defendant for the same thing later?

No.  Unless you exclude yourself from the Settlement, you give up any right to sue Form I9 for the claims that this Settlement resolves.  You must exclude yourself from the Settlement Class to start your own lawsuit or to be part of any different lawsuit relating to the claims in this case.

### 18.  How do I get out of the Settlement?

To exclude yourself from the Settlement, you must send a letter by mail stating that you want to be excluded from the Settlement in *Wilcopolski v. First Advantage Form I9 Compliance, LLC*, Case No. 1:24-cv-03235-LMM (N.D. GA.). Your letter must also include your full name, current address, telephone number, email address, and signature. You must mail your exclusion request postmarked no later than **April 14, 2025,** to:

Form I9 Cybersecurity Incident Settlement

**Attn: Exclusions**

P.O. Box 58220

Philadelphia, PA 19102

Settlement Class Members will only be able to submit an opt-out request on their own behalf; mass or class opt-outs are not permitted.

## THE LAWYERS REPRESENTING YOU

### 19.  Do I have a lawyer in this case?

Yes. The Court appointed the following attorneys as "Class Counsel" to represent the Settlement Class:

| Class Counsel | |
|---|---|
| Mariya Weekes<br>**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**<br>201 Sevilla Avenue, 2nd Floor<br>Coral Gables, FL 33134 | MaryBeth V. Gibson<br>**GIBSON CONSUMER LAW GROUP, LLC**<br>4279 Roswell Road, Suite 208-108<br>Atlanta, Georgia 30342 |

You will not be charged for contacting Class Counsel. If you want to be represented by your own lawyer, you may hire one at your own expense.

### 20.  How will Class Counsel be paid?

Class Counsel will ask the Court to award Attorneys' Fees in the amount of one-third (1/3) of the Settlement Fund, plus reimbursement of reasonable costs. The Court may award less than this amount.

## OBJECTING TO THE SETTLEMENT

### 21.  How do I tell the Court that I do not like the Settlement?

If you are a Settlement Class Member, you can object to the Settlement if you do not like or agree with the Settlement or some part of it. You can give reasons to the Court why you think the Court should not approve the Settlement. The Court will consider your views before deciding.

**Objections must include**: the name or caption of this Litigation -- *Wilcopolski v. First Advantage Form I9 Compliance, LLC*, Case No. 1:24-cv-03235-LMM (N.D. GA.) and:

a) the objector's full name, mailing address, telephone number, and email address (if any);

b) all grounds for the objection, accompanied by any legal support for the objection known to the objector or objector's counsel;

c) the number of times the objector has objected to a class action settlement within the 5 years preceding the date that the objector files the objection, the caption of each case in which the objector has made such objection, and a copy of any orders related to or ruling upon the objector's prior objections that were issued by the trial and appellate courts in each listed case;

d) the identity of all counsel who represent the objector, including any former or current counsel who may be entitled to compensation for any reason related to the objection to the Settlement and/or Application for Attorneys' Fees and Costs;

e) the number of times in which the objector's counsel and/or counsel's law firm have objected to a class action settlement within the 5 years preceding the date of the filed objection, the caption of each case in which counsel or the firm has made such objection and a copy of any orders related to or ruling upon counsel's or the counsel's law firm's prior objections that were issued by the trial and appellate courts in each listed case in which the objector's counsel and/or counsel's law firm have objected to a class action settlement within the preceding 5 years;

f) the identity of all counsel (if any) representing the objector, and whether they will appear at the Final Approval Hearing;

g) a list of all persons who will be called to testify at the Final Approval Hearing in support of the objection (if any);

h) a statement confirming whether the objector intends to personally appear and/or testify at the Final Approval Hearing; and

i) the objector's signature (an attorney's signature is not sufficient).

**Objections must be filed with the Court and mailed to Class Counsel, Defendant's Counsel, and the Settlement Administrator:**

| Clerk of the Court | |
|---|---|
| Clerk of the Court<br>Richard B. Russell Federal Building & United States Courthouse<br>2211 United States Courthouse<br>75 Ted Turner Drive, SW<br>Atlanta, GA 30303-3309 | |
| **Class Counsel** | **Class Counsel** |
| Mariya Weekes<br>**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**<br>201 Sevilla Avenue, 2nd Floor<br>Coral Gables, FL 33134 | MaryBeth V. Gibson<br>**GIBSON CONSUMER LAW GROUP, LLC**<br>4279 Roswell Road, Suite 208-108<br>Atlanta, Georgia 30342 |
| **Defendant's Counsel** | **Settlement Administrator** |
| Edward A. Marshall<br>**ARNALL GOLDEN GREGORY**<br>171 17th Street NW, Suite 2100<br>Atlanta, GA 30363 | Form I9 Cybersecurity Incident Settlement<br>**Attn: Objections**<br>P.O. Box 58220<br>Philadelphia, PA 19102 |

For an objection to be considered by the Court, **the objection must be submitted no later than April 14, 2025**. If submitted by mail, an objection shall be deemed to have been submitted when posted if received with a postmark date indicated on the envelope if mailed first-class postage prepaid and addressed in accordance with the instructions. If submitted by private courier (e.g., Federal Express), an objection shall be deemed to have been submitted on the shipping date reflected on the shipping label.

**22.    What is the difference between objecting to and excluding myself from the Settlement?**

Objecting is telling the Court that you do not like something about the Settlement. Excluding yourself is telling the Court that you do not want to be part of the Class in this Settlement. If you exclude yourself from the Settlement, you have no basis to object or submit a Claim Form because the Settlement no longer affects you.

## THE COURT'S FINAL APPROVAL HEARING

The Court will hold a hearing to decide whether to approve the Settlement. You may attend and you may ask to speak, but you do not have to. You cannot speak at the hearing if you exclude yourself from the Settlement.

**23.    When and where will the Court decide whether to approve the Settlement?**

The Court will hold a Final Approval Hearing at 10:00 a.m. on Monday, May 19, 2025, in Courtroom 2107 located at United States District Court, 75 Ted Turner Drive SW, Atlanta, Georgia 30303. At the hearing, the Court will consider whether the proposed Settlement is fair, reasonable, and adequate. The Court may also consider Class Counsel's request for an award of Attorneys' Fees and reimbursement of reasonable costs. The Court will take into consideration any timely sent written objections and may also listen to anyone who has requested to speak at the hearing (*see* Question 21).

**24.    Do I have to come to the Final Approval Hearing?**

No. Class Counsel will answer any questions the Court may have. However, you are welcome to attend the Final Fairness Hearing at your own expense. If you file an objection, you do not have to come to Court to talk about it. You may also hire your own lawyer to attend, at your own expense, but you are not required to do so.

**25.    May I speak at the Final Fairness Hearing?**

Yes, you may ask the Court for permission to speak at the Final Approval Hearing. To do so, you must follow the instructions provided in Question 21 above. You cannot speak at the hearing if you exclude yourself from the Settlement.

## IF YOU DO NOTHING

**26.    What happens if I do nothing?**

If you do nothing, you will not receive Identity Monitoring services or be eligible to receive a Cash Payment from this Settlement. If the Court approves the Settlement, and you do nothing, you will be bound by the Settlement Agreement. This means you will not be able to start a lawsuit, continue with a lawsuit, or be part of any other lawsuit against Form I9 or Released Parties about the issues involved in this lawsuit, resolved by this Settlement, and released by the Settlement Agreement.

## GETTING MORE INFORMATION

**27.    Are more details about the Settlement available?**

Yes. This Notice summarizes the proposed Settlement. More details are in the Settlement Agreement, which is available at FormI9DataSettlement.com, or by writing to Settlement Administrator:

Form I9 Cybersecurity Incident Settlement
1650 Arch Street, Suite 2210
Philadelphia, PA 19103
info@FormI9DataSettlement.com

## 28.  How do I get more information?

For more information, please visit <u>FormI9DataSettlement.com</u> or call toll-free 1-888-708-4081. You can also contact the Settlement Administrator by mail or email.

***Please do not call the Court or the Clerk of the Court for additional information.***

# Exhibit E

Your claim submitted **postmark**ed May 14,

*Wilcopolski v. First Advantage Form I9 Compliance, LLC*
**Case No. 1:24-cv-03235-LMM**
**United States District Court, Northern District of Georgia**
**CLAIM FORM**

FAF CLAIM

## GENERAL INSTRUCTIONS

### You are eligible to submit a Claim Form if you are in the Settlement Class:

All persons residing in the United States whose PII may have been compromised in the Cybersecurity Incident.

**Cybersecurity Incident** means the unauthorized access to certain systems within Form I9 technology network or access to or acquisition of Personal Information from certain Form I9 systems on or about February 5, 2024.

**Excluded** from the Settlement Class are (a) all persons who are employees, directors, officers, and agents of Form I9
and (d) those persons who opt-out of the Settlement in accordance with the terms of the Settlement Agreement.

### The Settlement Benefits

**Cash Payment A**
**Compensation for Ordinary Losses:**

**Compensation for Extraordinary Losses:**

**Cash Payment – Flat Payment**

**Identity Monitoring**

Form I9

This Claim Form may be submitted electronically *via* the Settlement Website at _____ or completed and mailed, including any supporting documentation, to: Form I9 Cybersecurity Incident, Attn: Claim Forms, 1650 Arch Street, Suite 2210, Philadelphia, PA 19103.

**QUESTIONS? For Information OR Call -TREE 1-888-470-8081**

<table>
<tr><td>Your claim submitted postmarked May 14,</td><td><i>Wilcopolski v. First Advantage Form I9 Compliance, LLC</i><br>Case No. 1:24-cv-03235-LMM<br>United States District Court, Northern District of Georgia<br>CLAIM FORM</td><td>FAF CLAIM</td></tr>
</table>

## I. SETTLEMENT CLASS MEMBER NAME AND CONTACT INFORMATION

Provide your name and contact information below. You must notify the Settlement Administrator if your contact information changes after you submit this Claim Form.

|  |  |
|---|---|
| **First Name** | **Last Name** |

**Street Address**

| | | |
|---|---|---|
| **City** | **State** | **Zip Code** |

| | | |
|---|---|---|
| **Email Address** | **Telephone Number** | **Notice ID, if known** |

## II. CASH PAYMENT A – DOCUMENTED LOSSES

☐   Check this box if you are requesting compensation for **Ordinary Losses** up to a total of $1,500.00.
**You must submit supporting documentation demonstrating actual, unreimbursed documented losses related to the Cybersecurity Incident.**

*Complete the chart below describing the supporting documentation you are submitting.*

| Description of Documentation Provided | Amount |
|---|---|
| *Example: Receipt for credit reports* | *$50* |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| **TOTAL AMOUNT C** |  |

☐   Check this box if you are requesting compensation for **Extraordinary Losses** up to a total of $5,000.00.
**You must submit supporting documentation demonstrating actual, unreimbursed documented losses due to fraud or identity theft that is fairly traceable to the Cybersecurity Incident.**

*Complete the chart below describing the supporting documentation you are submitting.*

| Description of Documentation Provided | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| **TOTAL AMOUNT C** |  |

QUESTIONS? For Information Or Call Toll-Free 1-833-430-8081

*Your claim submitted <u>postmark</u>ed May 14,*

**F A F**
**C L A I M**

# CLAIM FORM

## III.  CASH PAYMENT B – FLAT PAYMENT

☐　　Check this box if you wish to receive a $50.00 payment of Cash Payment A. You do <u>not</u> have to provide supporting documentation to receive this payment.

## IV.  CREDIT MONITORING SERVICES

☐　　Check this box if you wish to enroll in Identity Monitoring.

A unique redemption code, allowing Settlement Class Members to enroll in these services will be sent to each Settlement Class Member who submits a valid claim for such services after the Court approves the Settlement as final and after any appeals are resolved.

## V.  PAYMENT SELECTION

Please select <u>one</u> of the following payment options:

☐　**PayPal** - Enter your PayPal email address: _____

☐　**Venmo -** Enter the mobile number associated with your Venmo account: __ __ __-__ __ __-__ __ __ __

☐　**Zelle -** Enter the mobile number or email address associated with your Zelle account:

Mobile Number: __ __ __-__ __ __-__ __ __ __　or Email Address: _____

☐　**Virtual Prepaid Card -** Enter your email address: _____

☐　**Physical Check -** Payment will be mailed to the address provided in Section I above.

## VI.  AFFIRMATION & SIGNATURE

I swear and affirm under penalty of perjury pursuant to laws of the United States of America that the information provided in this Claim Form, and any supporting documentation provided is true and correct to the best of my knowledge. I understand that my claim is subject to verification and that I may be asked to provide supplemental information by the Settlement Administrator before my claim is considered complete and valid.

_____　　_____　　_____

# Exhibit F

First Advantage Exclusion List

| |
|---|
| • Carlos Spiegler |
| • Dana Arnett |
| • Deshaunte Selby |
| • Veronica Guerra |
| • Alberto Perotin |