# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:24-cv-03235-LMM
## Wilcopolski v. First Advantage Form I 9 Compliance, LLC
## Honorable Leigh Martin May

Minute Sheet for proceedings held In Open Court on 05/19/2025.

TIME COURT COMMENCED: 10:00 A.M.
TIME COURT CONCLUDED: 10:30 A.M.
TIME IN COURT: 00:30
OFFICE LOCATION: Atlanta

COURT REPORTER: Montrell Vann
CSO/DUSM: 1 CSO
DEPUTY CLERK: Brittany Poley

ATTORNEY(S) PRESENT: MaryBeth Gibson representing Laura Wilcopolski
Terrell Ogletree representing First Advantage Form I 9 Compliance, LLC
Mariya Weekes representing Laura Wilcopolski

PROCEEDING CATEGORY: Motion Hearing (Motion Hearing Non-evidentiary)

MOTIONS RULED ON:
[28] Motion for Attorney Fees GRANTED
[29] Motion for Settlement GRANTED

MINUTE TEXT: The Court heard from counsel as to Plaintiffs' Unopposed Motion for Final Approval of Class Action Settlement and Certification of Settlement Class [29] and Motion for Attorneys' Fees and Expenses [28]. The Court granted the motions. Written order to follow.

HEARING STATUS: Hearing Concluded